| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE NATIONAL COURT OF FIRST INSTANCE IN CIVIL MATTERS NO. 86 IN BUENOS AIRES, ARGENTINA IN *AMAICHA LAURNAGARAY V. GUILLERMO DAQUINO,* REF. NO. 2161/2022 | ) ) ) ) ) ) |

## ORDER

WHEREAS, the United States, by its counsel, on behalf of the National Court of First Instance in Civil Matters No. 86, in Buenos Aires, Argentina, pursuant to a Letter of Request issued in connection with a civil matter pending in Argentina captioned *Amaicha Laurnagaray v. Guillermo Daquino,* Foreign Reference Number 2161/2022, D.J. Reference Number: 189-44-23-5 through its Application pursuant to 28 U.S.C. § 1782, is seeking to obtain certain information from Wells Fargo Bank, N.A. ("Wells Fargo") for use in connection with a judicial proceeding in the National Court of First Instance in Civil Matters No. 86 in Buenos Aires, Argentina; and

WHEREAS upon review of the Letter of Request issued by the National Court of First Instance in Civil Matters No. 86 in Buenos Aires, Argentina, in connection with a civil matter pending in Argentina captioned *Amaicha Laurnagaray v. Guillermo Daquino,* Foreign Reference Number 2161/2022, seeking evidence from individuals or entities who may be found within the jurisdiction of this Court for use in said judicial proceedings in Argentina, and the Court being fully informed in the premises;

NOW THEREFORE, it is ORDERED AND ADJUDGED, pursuant to the authority contained in 28 U.S.C. § 1782, that the Application (Doc. No. 1) is **GRANTED**. James B. Gatehouse, Assistant United States Attorney for the Western District of North Carolina, hereby

is appointed Commissioner of this Court, to obtain by subpoena the requested evidence from Wells Fargo for transmission to the Office of International Judicial Assistance, United States Department of Justice, for transmission to the National Court of First Instance in Civil Matters No. 86, in Buenos Aires, Argentina, pursuant to a Letter of Request issued in connection with a civil matter pending in Argentina captioned *Amaicha Laurnagaray v. Guillermo Daquino,* Foreign Reference Number 2161/2022, and to do all else that may be necessary for the accomplishment of the purpose of this Order.

IT IS FURTHER ORDERED that the United States Attorney's Office shall provide Wells Fargo in Charlotte, North Carolina, with a copy of this Order and the accompanying documents.

**SO ORDERED**.

Signed: May 5, 2023

Susan C. Rodriguez
United States Magistrate Judge